UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BALZARINI, | No. 2:20-cv-1457 CKD P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al.,, | |
| Defendants. | |

Plaintiff, a state prisoner at San Quentin State Prison, has filed an "emergency motion to modify population . . ." In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  The court will not issue any orders granting or denying relief until an action has been properly commenced.  Therefore, plaintiff's motion will be denied without prejudice.  Plaintiff will be provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

/////

/////

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's "emergency motion to modify population . . ." (ECF No. 1) is denied without prejudice.

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The complaint must bear the docket number assigned this case. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $400.00.[2] Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed.

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action by priosners, and the application to proceed in forma pauperis by a prisoner.

Dated: July 29, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
balz1457.Nocompl

---

[2] The $400.00 is comprised of the $350.00 filing fee and a $50.00 administrative fee. If plaintiff is granted leave to proceed in forma pauperis, plaintiff is not required to pay the $50.00 administrative fee.

2