UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BALZARINI,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | No.  2:20-cv-1457 CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

On July 29, 2020, plaintiff was ordered to either file a completed in forma pauperis application or pay the filing fee within thirty days and was cautioned that failure to do so would result in dismissal.  The thirty-day period has now expired, and plaintiff has not responded to the court's order.

The court notes that in his complaint plaintiff seeks release from San Quentin State Prison. When a state prisoner challenges the legality of his custody and the relief he seeks is the determination of his entitlement to an earlier or immediate release, his sole federal remedy is a writ of habeas corpus. Preiser v. Rodriguez, 411 U.S. 475, 500 (1973).  If plaintiff seeks release from San Quentin State Prison, the only action available to him in federal court would be a habeas corpus action and that action must be filed in the United States District Court for the Northern District of California as San Quentin State Prison lies within that court's territorial jurisdiction.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court assign a district court judge to this case; and

2. Plaintiff's motion for appointment of counsel and release from prison (ECF Nos. 7 and 8) are denied.

IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 19, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
balz1457.frs